UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAINE A. HUEY,

     Plaintiff,

v.
                                           Case No. 1:17-cv-256
                                         Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant,
_____/

**JUDGMENT**

     In accordance with the Opinion filed this date:

     The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as

outlined in the Opinion.

     **IT IS SO ORDERED**.

Dated:  March 27, 2018                /s/ Ray Kent
                                 United States Magistrate Judge